**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-1466**

———————

RONNIE ORE,

          Plaintiff – Appellant,

    v.

RESIDENCE INN MARRIOTT,

          Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:11-cv-00150-RGD-FBS)

———————

Submitted:  August 29, 2011     Decided:  September 16, 2011

———————

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ronnie Ore, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Ore appeals the district court's order dismissing his employment discrimination complaint without prejudice for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ore v. Residence Inn Marriott, No. 2:11-cv-00150-RGD-FBS (E.D. Va. Apr. 21 & 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED